UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY ANN McINTIRE,

    Plaintiff,                                  Hon. Richard Alan Enslen

v.                                          Case No. 1:06-CV-29

KALKASKA COUNTY
FRIEND OF THE COURT,

    Defendant.
_____/

## **ORDER**

Plaintiff initiated the present action alleging numerous claims against the Kalkaska County Friend of the Court. The Court has granted Plaintiff's motion to proceed as a pauper in this matter. Having granted Plaintiff's motion to proceed as a pauper, the Court has conducted an initial review of the Complaint pursuant to 28 U.S.C. § 1915(e)(2) to determine whether it is frivolous, malicious, or fails to state a claim upon which relief can be granted. Upon such review, the Court concludes that Plaintiff's Complaint must be dismissed for failure to state a claim upon which relief may be granted.

Pursuant to Federal Rule of Civil Procedure 12(b)(6), a claim may be dismissed for failure to state a claim upon which relief may be granted where, even accepting as true Plaintiff's allegations and construing the complaint liberally in his favor, it appears "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." *Herron v. Harrison*, 203 F.3d 410, 414 (6th Cir. 2000) (quoting *Estelle v. Gamble*, 429 U.S. 97, 106 (1976)).

While Plaintiff's Complaint is extremely lengthy, it contains no factual allegations and instead consists entirely of vague generalities and unsupported legal conclusions. While it seems clear that Plaintiff has some sort of dispute with the Kalkaska County Friend of the Court, Plaintiff has failed to articulate any factual allegations which give even the slightest hint as to the nature of such dispute. In sum, the Court concludes that Plaintiff has failed to state a claim upon which relief may be granted. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Wendy Ann McIntire's Complaint (Dkt. No. 1) is **DISMISSED** for failure to state a claim upon which relief may be granted.

DATED in Kalamazoo, MI:
February 10, 2006

 /s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
SENIOR UNITED STATES DISTRICT JUDGE